UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FRANK LOUIS MILES *et al.*,

    Plaintiffs,

    v.

ELDON VAIL *et* al.,

    Defendants

Case No. C06-5319FDB

ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION

    This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4. Before the court is defendant's motion asking for a sixty-day extension of time to file dispositive motions (Dkt. # 14). Plaintiff opposes the motion, in part, because his motion for an extension of time to conduct discovery was denied (Dkt. # 15).

    On September 18, 2006, the court entered a scheduling order that gave the parties until April 22, 2007 to file dispositive motions (Dkt. # 10). Counsel for defendants states that since that order was entered his section of the Attorney General's Office has had a 33% turn over in the attorneys

ORDER

1 that handle this type of litigation. The record in this case shows a change of counsel on September 14, 2007 (Dkt. # 9).

The court does not routinely grant motions of this nature. Here, counsel shows a somewhat special set of circumstances which justify the request for an extension of time. The motion is **GRANTED**.

Dispositive motions must be filed by **June 29, 2007.** The Joint Status Report will be due on or before **November 30, 2007.**

The Clerk of Court is directed to send a copy of this Order to plaintiffs and to counsel for defendants and note the change in due dates.

DATED this 14 day of May, 2007.

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United states Magistrate Judge

ORDER