# United States District Court

WESTERN DISTRICT OF WASHINGTON

FRANK LOUIS MILES and JOYCE MILES

**JUDGMENT IN A CIVIL CASE**

v.

EILDON VAIL, et al

CASE NUMBER: C06-5319FDB

____    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. Defendant's Motion For Summary Judgment (Dkt #18) is GRANTED. This action is DISMISSED WITH PREJUDICE.

September 5, 2007

BRUCE RIFKIN
Clerk

s/ D. Forbes
By, Deputy Clerk